598

798 A.2d 1276

Rodney POINDEXTER, Appellant,

v.

COMMONWEALTH of Pennsylvania, Board
of Probation and Parole, Appellee.

Supreme Court of Pennsylvania.

June 17, 2002.

## ORDER

PER CURIAM.

AND NOW, this 17th day of June, 2002, the order of the Commonwealth Court is hereby VACATED. This action in mandamus is REMANDED for consideration of the merits of appellant's *ex post facto* claim in accordance with *Coady v. Vaughn*, 564 Pa. 604, 770 A.2d 287 (2001).